UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CHARLES CANNON, )
)
    Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:10-CV-177-FL
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendations entered by the United States Magistrate Judge, to which plaintiff timely objected and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 29, 2011, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on December 30, 2011, and Copies To:**

Joseph P. Tunstall, III (via CM/ECF Notice of Electronic Filing)
Elisa Donahoe (via CM/ECF Notice of Electronic Filing)


December 30, 2011                    DENNIS P. IAVARONE, CLERK
                                             /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk